IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>JESUS ENRIQUEZ,<br><br>　　　　　Defendant. | )　Case No.  1:15-mj-0137-SAB<br>)<br>)　**DEFENDANT'S STATUS REPORT ON**<br>)　**UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>) |

　　　　PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**　　　Driving with a Suspended License, 36 C.F.R. § 4.2

**Sentence Date:**　　November 19, 2015

**Review Hearing Date:** April 21, 2016

**Probation Expires On:** May 19, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:** $300.00 which Total Amount is made up of a Fine: $ 290.00; Special Assessment: $ 10.00; Processing Fee: $ 0; Restitution: $ 0

☐　Payment schedule of $　　per month.

☐　**Community Service hours Imposed of:**

☐　**Other Conditions:**

### COMPLIANCE:

☒　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　**Otherwise:**

☐　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐　To date, Defendant has paid a total of $
　　☐ If not paid in full when was last time payment:　　Date:
　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐　To date, Defendant has performed Click here to enter text.  hours of community service.

☐　Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Katherine A. Plante*

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/21/2016 at 10:00 am

  ☐ be continued to       at 10:00 a.m.; or

  ☒ be vacated.

DATED:  4/7/2016                               */s/ Megan T. Hopkins*
                                                              DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

IT IS SO ORDERED.

Dated:  **April 19, 2016**

UNITED STATES MAGISTRATE JUDGE